# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BRIAN WILLIE NELSON,

    Petitioner,

v.                                                                      CV No. 21-517 JCH/CG

UNITED STATES OF AMERICA,

    Respondent.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

**THIS MATTER** is before the Court on Petitioner Brian Willie Nelson's *Motion for Leave to Proceed In Forma Pauperis* (the "Motion"), (Doc. 3), filed June 21, 2021. The Court, having reviewed the Motion and the relevant law, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Nelson may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE