IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRIAN WILLIE NELSON,

    Petitioner,

v.                                                                           No. CV 21-517 JCH/CG

UNITED STATES OF AMERICA,

    Respondent.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte* in connection with Petitioner Brian Willie Nelson's *Amended Petition for Writ of Habeas Corpus* (the "Petition"), (CV Doc. 2), filed June 21, 2022. Mr. Nelson filed the Petition after Respondent filed a federal revocation proceeding. The parties agreed to dismiss the revocation petition, and a recent mailing to Mr. Nelson was returned as undeliverable with the notation "gone." (CR Doc. 71; CV Doc. 6). It appears Mr. Nelson was released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. Mr. Nelson must notify the Clerk of his new address by **July 29, 2022**. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure .... The same is true of simple, nonburdensome local rules….") (citations omitted). Failure to timely comply will result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that by **July 29, 2022**, Mr. Nelson shall notify the Clerk's Office in writing of his current address or show cause why this action should not be dismissed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE